(122 So. 927)

## W. S. WYMAN v. CHARLES A. MAISH CO.
### (6 Div. 530.)

Court of Appeals of Alabama. April 30, 1929.

BRICKEN, P. J. Affirmed.

---

(122 So. 927)

## W. S. WYMAN v. C. MOSHEIM CO.
### (6 Div. 614.)

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Affirmed.

---

(122 So. 927)

## W. S. WYMAN v. S. W. FARBER CO.
### (6 Div. 529.)

Court of Appeals of Alabama. April 30, 1929.

RICE, J. Affirmed.

---

(125 So. 928)

## Clyde YARBROUGH v. CITY OF PHENIX CITY. (4 Div. 464.)

Court of Appeals of Alabama. Dec. 19, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(127 So. 927)

## Clyde YARBROUGH v. STATE.
### 5 Div. 752.

Court of Appeals of Alabama.
Jan. 21, 1930.

Rehearing Denied Feb. 4, 1930.

Frank M. De Graffenried, of Seale, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
There is no bill of exceptions. The record is free from error, and the judgment is affirmed.

---

(122 So. 927)

## P. Y. YARBROUGH v. STATE. (3 Div. 642.)

Court of Appeals of Alabama. May 14, 1929.

SAMFORD, J. Affirmed.

---

(122 So. 927)

## P. Y. YARBROUGH v. STATE. (3 Div. 643.)

Court of Appeals of Alabama. May 14, 1929.

RICE, J. Affirmed.